# INDEX TO APPENDIX

| Description | Source | Exhibit |
|---|---|---|
| Sgt. Jeff Winterton's November 6, 1999 Report Regarding Deputy Jason Bateman | Wasatch County Sheriff's Office | A |
| Deputy Brian Rowser's January 29, 2001 Report Regarding Deputy Jason Bateman | Wasatch County Sheriff's Office | B |
| December 31, 2001 Disciplinary Action Report Regarding Deputy Jason Bateman | Wasatch County Sheriff's Office | C |
| September 7, 2002 Disciplinary Action Report Regarding Deputy Jason Bateman | Wasatch County Sheriff's Office | D |
| Excerpts From Deposition of Edward L. Rhoades | Deposition Transcript | E |